IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Fahy Sr, Michael P | Case Number: 07 B 17544 |
|---|---|---|
| | Fahy, Sheri L | Judge: Wedoff, Eugene R |
| | Printed: 9/30/08 | Filed: 6/17/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 14, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | DiMonte & Lizak | Administrative | 3,000.00 | 0.00 |
| 2. | Louis W Levit PC | Administrative | 1,500.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 4. | LaSalle Bank NA | Secured | 0.00 | 0.00 |
| 5. | Nuvell Credit Company LLC | Secured | 0.00 | 0.00 |
| 6. | Arrow Financial Services | Secured | 1,800.00 | 0.00 |
| 7. | Circuit City | Secured | 500.00 | 0.00 |
| 8. | Zales | Secured | 150.00 | 0.00 |
| 9. | Best Buy | Secured | 100.00 | 0.00 |
| 10. | Best Buy | Secured | 100.00 | 0.00 |
| 11. | Circuit City | Secured | 450.00 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 2,072.44 | 0.00 |
| 13. | Discover Financial Services | Unsecured | 2,524.05 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 877.23 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 617.62 | 0.00 |
| 16. | GE Money Bank | Unsecured | 252.49 | 0.00 |
| 17. | RoundUp Funding LLC | Unsecured | 858.41 | 0.00 |
| 18. | GE Money Bank | Unsecured | 233.13 | 0.00 |
| 19. | Chase Bank | Unsecured | 2,676.20 | 0.00 |
| 20. | US Bank | Unsecured | 1,546.67 | 0.00 |
| 21. | Resurgent Capital Services | Unsecured | 548.98 | 0.00 |
| 22. | Portfolio Recovery Associates | Unsecured | 834.83 | 0.00 |
| 23. | Resurgent Capital Services | Unsecured | 625.27 | 0.00 |
| 24. | Capital Recovery Systems | Unsecured | 2,674.45 | 0.00 |
| 25. | Resurgent Capital Services | Unsecured | 1,702.06 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Fahy Sr, Michael P | Case Number: 07 B 17544 |
|---|---|---|
| | Fahy, Sheri L | Judge: Wedoff, Eugene R |
| | Printed: 9/30/08 | Filed: 6/17/08 |

| # | Creditor | Type | Amount | Paid |
|---|---|---|---:|---:|
| 26. | Northshore Anestheiologists | Unsecured | 280.70 | 0.00 |
| 27. | Chase Bank | Unsecured | 3,027.01 | 0.00 |
| 28. | Chase Bank | Unsecured | 2,031.17 | 0.00 |
| 29. | Chase Bank USA NA | Unsecured | 319.55 | 0.00 |
| 30. | ECast Settlement Corp | Unsecured | 1,644.37 | 0.00 |
| 31. | ECast Settlement Corp | Unsecured | 1,644.37 | 0.00 |
| 32. | Target National Bank | Unsecured | 1,527.86 | 0.00 |
| 33. | Credit First | Unsecured | 257.59 | 0.00 |
| 34. | United States Dept Of Education | Unsecured | 4,243.54 | 0.00 |
| 35. | Portfolio Recovery Associates | Unsecured | 2,630.79 | 0.00 |
| 36. | Cook County Treasurer | Secured | | No Claim Filed |
| 37. | The Bureau Inc | Unsecured | | No Claim Filed |
| 38. | AT&T | Unsecured | | No Claim Filed |
| 39. | Associates | Unsecured | | No Claim Filed |
| 40. | Bank Of America | Unsecured | | No Claim Filed |
| 41. | Bank Of America | Unsecured | | No Claim Filed |
| 42. | Bank Of America | Unsecured | | No Claim Filed |
| 43. | Juniper Bank | Unsecured | | No Claim Filed |
| 44. | Bank Of America | Unsecured | | No Claim Filed |
| 45. | Berwyn Magnetic Resource | Unsecured | | No Claim Filed |
| 46. | Capital One | Unsecured | | No Claim Filed |
| 47. | Capital One | Unsecured | | No Claim Filed |
| 48. | Capital One | Unsecured | | No Claim Filed |
| 49. | CitiFinancial | Unsecured | | No Claim Filed |
| 50. | CitiFinancial | Unsecured | | No Claim Filed |
| 51. | Neuvell | Unsecured | | No Claim Filed |
| 52. | Direct Loan Servicer | Unsecured | | No Claim Filed |
| 53. | Gap | Unsecured | | No Claim Filed |
| 54. | Macneal Hospital | Unsecured | | No Claim Filed |
| 55. | First North American Nat Bk | Unsecured | | No Claim Filed |
| 56. | LaSalle Bank NA | Unsecured | | No Claim Filed |
| 57. | MBNA America | Unsecured | | No Claim Filed |
| 58. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 59. | Midwest Academy Of Pain & Spine | Unsecured | | No Claim Filed |
| 60. | National City Bank | Unsecured | | No Claim Filed |
| 61. | Neurologic Associates | Unsecured | | No Claim Filed |
| 62. | Neurological Surgery | Unsecured | | No Claim Filed |
| 63. | CompuCredit | Unsecured | | No Claim Filed |
| 64. | Midland Credit Management | Unsecured | | No Claim Filed |
| 65. | Sports Authority | Unsecured | | No Claim Filed |
| 66. | Wfnnb/The Avenue | Unsecured | | No Claim Filed |
| 67. | Verizon Wireless | Unsecured | | No Claim Filed |
| 68. | Vanguard Health Services | Unsecured | | No Claim Filed |
| 69. | Walmart | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 43,250.78 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Fahy Sr, Michael P | Case Number: 07 B 17544 |
|---|---|---|
| | Fahy, Sheri L | Judge: Wedoff, Eugene R |
| | Printed: 9/30/08 | Filed: 6/17/08 |

### TRUSTEE FEE DETAIL

Fee Rate       Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

